IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AVIS LEE SMITH,

    Plaintiff,

vs.                                                                     Case No. 2:11-cv-769

COMMISSIONER OF SOCIAL SECURITY,        Judge Michael H. Watson
                                                           Magistrate Judge King
    Defendant.

## ORDER

On July 25, 2012, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the action be remanded to the Commissioner of Social Security for further consideration of the evidence relating to plaintiff's claimed mental impairments. *Report and Recommendation*, Doc. No. 16. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has nevertheless been no objection.

The *Report and Recommendation*, Doc. No. 16, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner is **REVERSED** and the action is **REMANDED** to the Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further consideration of the evidence relating to plaintiff's claimed mental impairments.

**The Clerk is DIRECTED to enter FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

/s/ Michael H. Watson
Michael H. Watson, Judge
United States District Court